**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2056**

———————

GEORGE P. FERGUSON,

                                            Petitioner,

        versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

                                            Respondent.

———————

On Petition for Review of an Order of the Benefits Review Board.
(No. 96-278-BLA)

———————

Submitted:  February 13, 1997      Decided:  February 25, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

George P. Ferguson, Petitioner Pro Se.  Patricia May Nece, Dorothy
L. Page, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Ferguson v. DOWCP, No. 96-278-BLA (B.R.B. June 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED